832

No. 217. GENERAL BANCSHARES CORP. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Henry C. Lowenhaupt* and *Owen T. Armstrong* for petitioner. *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for respondent.

No. 218. HYATT ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Stanley Schoenbaum* and *John Peace* for petitioners. *Solicitor General Cox*, *Assistant Attorney General Oberdorfer* and *Michael I. Smith* for respondent.

No. 219. FERNANDEZ ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Frederick Bernays Wiener* and *Howard R. Lonergan* for petitioners. *Solicitor General Cox*, *Assistant Attorney General Miller*, *Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 221. CANNON v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *George J. Moran* for petitioner. *Solicitor General Cox* for the United States.

No. 222. DEAN v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Luther E. Jones, Jr.*, for petitioner.

No. 224. DETROIT VITAL FOODS, INC. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Milton A. Bass* and *Solomon H. Friend* for petitioner. *Solicitor General Cox*, *Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.